UNITED STATES DISTRICT COURT
FOR THE District of New Jersey [LIVE]
U.S. District Court for the District of New Jersey

ESTER PROCTOR–DROGICKI

                    Plaintiff,

v.                                     Case No.:
                                       2:19–cv–01019–MCA–LDW

                                       Judge Madeline Cox Arleo

COSTCO WHOLESALE
CORPORATION, et al.

                    Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
\*56 Paterson Street
New Brunswick, NJ 08903

State No: MID–L–00122–19

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                       Very truly yours,

                                       William T. Walsh, Clerk
                                       By Deputy Clerk, JB

encl.
cc: All Counsel